**UNITED STATES of America,**
Appellee,

v.

**James David WILLIAMS and Maria Gunzalas, Appellants.**

No. 101, Docket 26129.

United States Court of Appeals
Second Circuit.

Argued Oct. 11, 1960.

Decided Oct. 11, 1960.

Harold L. Wood, Mount Vernon, N. Y., for appellants.

George I. Gordon, Asst. U. S. Atty., S.D.N.Y., New York City (S. Hazard Gillespie, Jr., U. S. Atty., and Herbert F. Roth, and David R. Hyde, Asst. U. S. Attys., New York City, on the brief), for appellee.

Before L. HAND, CLARK and FRIENDLY, Circuit Judges.

PER CURIAM.

Affirmed in open court.

**Don JORDAN, Plaintiff-Appellant,**

v.

**Bernardo PARET also known as Benny "Kid" Paret, et al., Defendant-Respondent.**

Docket 26508.

United States Court of Appeals
Second Circuit.

Motion Argued Oct. 10, 1960.

Decided Oct. 19, 1960.

George Berkowitz, New York City, for plaintiff-appellant.

Roberto Lebron, New York City, for defendant-respondent.

Before CLARK and FRIENDLY, Circuit Judges, and DIMOCK, District Judge.

PER CURIAM.

The motion for a stay is denied. Examination of the affidavits before the District Judge convinces us that he properly exercised his discretion in refusing to issue a temporary injunction. Apparently the postponement of the boxing match scheduled for October 19 will now make it possible to proceed with a trial on the merits. In order to expedite this course we affirm the denial of the temporary injunction without prejudice to further proceedings in the District Court for temporary or final relief.

**JOHNSON FARE BOX COMPANY, a Delaware Corporation, Appellant,**

v.

**NATIONAL REJECTORS, INC., a Missouri Corporation.**

No. 16508.

United States Court of Appeals
Eighth Circuit.

July 11, 1960.

Threedy, Hoban, Damon, Jeffers & Stout for appellant.

Albert F. Mecklenburger and James R. Dowdall, of Olson, Mecklenburger, von Holst, Pendleton & Neuman, Chicago, Ill., and Walter R. Mayne, of Fordyce, Mayne, Hartman, Renard & Stribling, St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties. See also 8 Cir., 269 F.2d 348.